The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON,
AT SEATTLE

| | |
|---|---|
| LARRY FRISVOLD and CINDY FRISVOLD,<br><br>Plaintiffs,<br><br>vs.<br><br>PENTAIR FILTRATION SOLUTIONS LLC, PENTAIR AQUA ECO SYSTEMS, INC., PENTAIR SALES US, INC., PENTAIR FLOW CONTROL AG CORPORATION, PENTAIR FLOW TECHNOLOGIES, LLC, PENTAIR SSC US CO., PENTAIR THERMAL MANAGEMENT LLC, PENTAIR VALVES & CONTROLS US LP and CORPORATE DOE 1,<br><br>Defendants. | Cause No. 2:17-cv-00136-RSL<br><br>**STIPULATION AND ORDER FOR LEAVE TO WITHDRAW AND SUBSTITUTE COUNSEL FOR PLAINTIFFS** |

**COME NOW** counsel for plaintiff Larry Frisvold and Cindy Frisvold ("Frisvolds"), Richard Pearce and Law Office of Richard C. Pearce, and counsel for Defendants, Riddell Williams, who jointly stipulate and agree to the entry of an order allowing the law firm of Richard C. Pearce Attorney at Law to withdraw as counsel for plaintiffs and Lind Stapley and Kyle Butler of Soha & Lang, P.S., to substitute as counsel for Plaintiffs effective at the date of the Order.

STIPULATION AND ORDER FOR LEAVE TO WITHDRAW AND
SUBSTITUTE COUNSEL FOR PLAINTIFFS – 1
USDC WD WA/SEA CAUSE NO.  2:17-cv-00136-RSL

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON  98101
(206) 624-1800/FAX (206) 624-3585

6000.00347 jb231h036j

IT IS SO STIPULATED BY:

Dated this 24th day February, 2017

RICHARD C. PEARCE

By: *Richard C. Pearce (Per email authorization 2/24/17)*
Richard C. Pearce, WSBA # 36693
9600 Southwest Capitol Hwy
Portland, OR 97219
Email: rcp@hevanet.com
***Withdrawing Attorneys for Plaintiffs***

RIDDELL WILLIAMS P.S.

By: *Laura Hansen (Per email authorization 2/24/17)*
Daniel J. Gunter, WSBA # 27491
Laura P. Hansen, WSBA # 48669
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
Email: dgunter@riddellwilliams.com
***Attorneys for Defendants***

SOHA & LANG, P.S.

By: *s/Lind Stapley*
R. Lind Stapley, WSBA # 19512
By: *s/Kyle Butler*
Kyle Butler, WSBA # 44290
Email address butler@sohalang.com
**Soha & Lang, P.S.**
1325 Fourth Avenue, Suite 2000
Seattle, WA 98101-2570
Telephone: 206-624-1800
Facsimile: 206-624-3585
***Substituting Attorneys for Plaintiffs***

**Order**

IT IS ORDERED.

Dated this 28th day of February, 2017.

Robert S. Lasnik
United States District Judge